FILED

Dec 23 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK MILETAK,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC, AMAZON.COM, INC., AND DOES 1-100 INCLUSIVE,<br><br>        Defendants. | Case No. 5:22-cv-06435-NC<br><br>**ORDER RE JOINT STIPULATION TO SUBMIT CLAIMS TO BINDING ARBITRATION AND DISMISS PROCEEDINGS**<br><br>Assigned for all purposes to the Honorable Nathanael Cousins<br><br>[Filed concurrently with Joint Stipulation]<br><br>Action Filed:  September 21, 2022<br>Trial Date:     Not Assigned |

# ORDER

Having considered the Joint Stipulation Between Plaintiff Nick Miletak and Defendant Amazon.com Services LLC To Submit Claims To Binding Arbitration And Dismiss Proceedings, the Court hereby ORDERS:

1. Plaintiff shall submit all of his claims asserted in this lawsuit to binding arbitration under the Parties' agreement.

2. This action is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS ORDERED.**

DATED: _____December 23_____, 2022



HONORABLE NATHANAEL M. COUSINS
MAGISTRATE JUDGE

ORDER RE STIPULATION TO ARBITRATE AND DISMISS PROCEEDINGS — 1 — Case No. 5:22-cv-06435-NC